IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Devan M. Pierce<br>Debtor | )<br>)<br>)<br>)<br>) | Chapter 13<br><br>No. 19-11654-AMC |

### CERTIFICATION OF NO RESPONSE

   I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
David M. Offen
**Attorney for Debtor**

Date: 6/14/19