## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

DEVAN M. PIERCE                                      BK. No. 19-11654-amc

                Debtor

                         :      **Chapter No. 13**

**FREEDOM MORTGAGE CORPORATION**      :

                Movant      :

             v.

**DEVAN M. PIERCE**

                Respondent      **11 U.S.C. §362**

### ORDER MODIFYING §362 AUTOMATIC STAY

    **AND NOW**, this 6th  day of August      , 2019, at **PHILADELPHIA**, upon Motion of **FREEDOM MORTGAGE CORPORATION** (Movant), it is:

    **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 3604 DEL MAR CT, KILLEEN, TX 76549 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **FREEDOM MORTGAGE CORPORATION** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____  _____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, Esq.        DEVAN M. PIERCE
CHAPTER 13 TRUSTEE        3604 DEL MAR CT
P.O. Box 1229        KILLEEN, TX 76549
Philadelphia, PA 19105

DAVID M. OFFEN,        DEVAN M. PIERCE
THE CURTIS CENTER        6124 MASTER STREET
601 WALNUT STREET        PHILADELPHIA, PA 19151
SUITE 160 WEST
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107