## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**DEVAN M. PIERCE**                                           BK. No. 19-11654-amc
        **Debtor**
                          :      Chapter No. 13

**FREEDOM MORTGAGE CORPORATION**           :
        **Movant**                                           :

    v.

**DEVAN M. PIERCE**
        **Respondent**                                  11 U.S.C. §362

## ORDER MODIFYING §362 AUTOMATIC STAY

    **AND NOW**, this 20th day of August, 2019, at **PHILADELPHIA**, upon Motion of **FREEDOM MORTGAGE CORPORATION** (Movant), it is:

    **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 4904 BIRMINGHAM CIR, KILLEEN, TX 76542 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 4001(a)(3) is not applicable and **FREEDOM MORTGAGE CORPORATION** may immediately enforce and implement this Order granting Relief from the Automatic Stay ; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

DAVID M. OFFEN
THE CURTIS CENTER
601 WALNUT STREET
SUITE 160 WEST
PHILADELPHIA, PA 19106

DEVAN M. PIERCE
6124 MASTER STREET
PHILADELPHIA, PA 19151

DEVAN M. PIERCE
4904 BIRMINGHAM CIR
KILLEEN, TX 76542

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106