**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                      :
                                                            :
    DEVAN M. PIERCE                      :   Case No. 19-11654
                                                            :
           Debtor   :   Chapter 13
                                                            :
GESA CREDIT UNION                                           :
           Moving Party :
  v.                                                :
                                                            :
DEVAN M. PIERCE                                             :
           Respondent   :
                                                            :
WILLIAM C. MILLER                                           :
           Trustee      :

## ORDER APPROVING STIPULATION

IT IS HEREBY **ORDERED** that the Stipulation between Gesa Credit Union and the Debtor in settlement of the Objection to Confirmation, filed on or about May 15, 2019 (Doc #16) in the above matter is **APPROVED, WITHOUT PREJUDICE** to the right of the Trustee or any party in interest to object to Debtor's Chapter 13 Plan.

Date: **November 25, 2019**

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE