# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
|    DEVAN M. PIERCE | : | Case No. 19-11654 |
| | : | |
|                              Debtor | : | Chapter 13 |
| | : | |
| GESA CREDIT UNION | : | |
|                      Moving Party | : | |
|   v. | : | |
| | : | |
| DEVAN M. PIERCE | : | |
|                       Respondent | : | |
| | : | |
| WILLIAM C. MILLER | : | |
|                         Trustee | : | |

## PRAECIPE TO WITHDRAW OBJECTION
## TO CONFIRMATION OF PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly withdraw the Objection to Confirmation of Plan filed on May 15, 2019 in the above matter and docketed at #16.

                                                                 EUGENE J. MALADY, LLC


                                                                 */s/ Eugene J. Malady*
                                                                  Eugene J. Malady, Esquire
                                                                 ID No. 25201
                                                                 211 N. Olive Street, Suite 1
                                                                Media, PA 19063
                                                                (610) 565-5000

Date: *1/13/2020*