IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:              :    CHAPTER 13
                    :
Devan M. Pierce     :    No. 19-11654-mdc
  Debtor            :

ORDER

AND NOW, this    9th    day of    November    2021,
upon consideration of the Motion to Modify Plan After
Confirmation, it is hereby ORDERED, that the Debtor's confirmed
plan is modified and the modified plan filed as a proposed
modified plan on the docket shall be the new plan.

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE