United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Devan M Pierce  
    Debtor

Case No. 19-11654-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 09, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2021:**

**Recip ID**      **Recipient Name and Address**  
db      + Devan M Pierce, 6124 Master Street, Philadelphia, PA 19151-4441

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2021 at the address(es) listed below:**

**Name**      **Email Address**

DAVID M. OFFEN  
     on behalf of Debtor Devan M Pierce dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

EUGENE J. MALADY  
     on behalf of Creditor Gesa Credit Union kjones@ejmcounselors.com emalady@ejmcounselors.com

JEROME B. BLANK  
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com

KENNETH E. WEST  
     ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD  
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ  
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

ROBERT J. DAVIDOW
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

THOMAS SONG
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

```
                IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


         IN RE:              :    CHAPTER 13
                             :
         Devan M. Pierce     :    No. 19-11654-mdc
            Debtor           :
```

ORDER

AND NOW, this <u>9th</u> day of <u>November</u> 2021, upon consideration of the Motion to Modify Plan After Confirmation, it is hereby ORDERED, that the Debtor's confirmed plan is modified and the modified plan filed as a proposed modified plan on the docket shall be the new plan.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE