IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
|  | : |  |
| Devan M Pierce | : | No. 19-11654-mdc |
| **Debtor** | : |  |

CERTIFICATION OF NO RESPONSE TO
SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I hereby certify that I have received no answer, objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.

/s/ David M. Offen
**Attorney for Debtor**
Suite 160 West, Curtis Ctr.
601 Walnut Street
**Dated:** 07/21/2023                    Philadelphia, PA 19106
215-625-9600