United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-11654-mdc

Devan M Pierce     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Mar 14, 2024     Form ID: 138OBJ     Total Noticed: 43

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Devan M Pierce, 6124 Master Street, Philadelphia, PA 19151-4441 |
| 14331265 | | FREEDOM MORTGAGE CORPORATION, C/o Robert J. Davidow, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14289622 | + | FedLoan Servicing, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 14300811 | + | First Command Bank, PO BOX 901041, F. Worth TX 76101-2041 |
| 14289623 | + | First Command Bank, 4100 S Hulen St, Fort Worth, TX 76109-4915 |
| 14332271 | + | Freedom Mortgage Corporation, c/o ROBERT J. DAVIDOW, Phelan, Hallinan, Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14338181 | + | Freedom Mortgage Corporation, c/o Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14325591 | + | Gesa Credit Union, c/o Eugene J. Malady, LLC, 211 N. Olive Street, Suite 1, Media, PA 19063-2835 |
| 14289635 | + | Sunrise Banks Na, 5105 S Crossing Pl Ste 1, Sioux Falls, SD 57108-5005 |
| 14339539 | | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14339882 | + | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 530210, Atlanta GA 30353-0210 |
| 14824026 | | US Dept. of Education, PO BOX 790322, St.Louis MO 63179-0322 |
| 14756262 | + | US Dept. of Education, PO BOX 4830, Portland OR 97208-4830 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 15 2024 00:13:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14289614 | + | Email/Text: BankruptcyNotices@aafes.com | Mar 15 2024 00:13:00 | AAFES, Attention: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 14313637 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2024 00:28:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14289615 | + | Email/PDF: bncnotices@becket-lee.com | Mar 15 2024 00:27:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14316262 | + | Email/Text: BankruptcyNotices@aafes.com | Mar 15 2024 00:13:00 | Army & Air Force Exchange Services, Attention Bass and Associates, 3936 E. Ft. Lowell Road, Suite 200, Tucson AZ 85712-1083 |
| 14315478 | + | Email/Text: BankruptcyNotices@aafes.com | Mar 15 2024 00:13:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 14289617 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14325437 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 15 2024 00:15:42 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14303120 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2024 00:16:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe |

Case 19-11654-mdc  Doc 92  Filed 03/16/24  Entered 03/17/24 00:31:49  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2024 | Form ID: 138OBJ | Total Noticed: 43 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Ave, Oklahoma City, OK 73118-7901 |
| 14325361 | | Email/PDF: bncnotices@becket-lee.com | Mar 15 2024 00:28:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14306920 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 15 2024 00:12:00 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison Texas 75001-9013 |
| 14289620 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 15 2024 00:27:15 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14296347 | | Email/Text: mrdiscen@discover.com | Mar 15 2024 00:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14289621 | + | Email/Text: mrdiscen@discover.com | Mar 15 2024 00:12:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14289624 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Mar 15 2024 00:12:05 | Fm/citizens Bank Of Pa, 121 South 13th Street, Lincoln, NE 68508 |
| 14332695 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 15 2024 00:13:00 | FREEDOM MORTGAGE CORPORATION, ATTN.: BANKRUPTCY DEPARTMENT, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14289625 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 15 2024 00:13:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 14332653 | + | Email/Text: Bankruptcy@Freedommortgage.com | Mar 15 2024 00:13:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14289627 | + | Email/Text: holly.harris@gesa.com | Mar 15 2024 00:13:00 | Gesa Credit Union, P.o. Box 500, Richland, WA 99352-0500 |
| 14307580 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2024 00:15:41 | Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 15368, Wilmington DE 19850 |
| 14289619 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 15 2024 00:27:45 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14289628 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 15 2024 00:12:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14330503 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2024 00:16:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14289629 | + | Email/Text: Documentfiling@lciinc.com | Mar 15 2024 00:12:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 14289630 | + | Email/PDF: pa_dc_claims@navient.com | Mar 15 2024 00:16:11 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 14289631 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 15 2024 00:13:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14289633 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 15 2024 00:13:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14755770 | + | Email/Text: EBN@edfinancial.com | Mar 15 2024 00:12:00 | US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 14289636 | + | Email/Text: bkelectronicnotices@usaa.com | Mar 15 2024 00:12:00 | Usaa Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**

| | | |
|---|---|---|
| 14319166 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14289616 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14289618 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14289626 | *+ | Freedom Mortgage Corporation, Attn: Bankruptcy, Po Box 50428, Indianapolis, IN 46250-0401 |
| 14289632 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14289634 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2024 at the address(es) listed below:**

**Name**     **Email Address**

DAVID M. OFFEN
  on behalf of Debtor Devan M Pierce dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

EUGENE J. MALADY
  on behalf of Creditor Gesa Credit Union kjones@ejmcounselors.com  emalady@ejmcounselors.com

JEROME B. BLANK
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION jblank@pincuslaw.com  mmorris@pincuslaw.com

KENNETH E. WEST
  ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

MARK A. CRONIN
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

ROBERT J. DAVIDOW
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION robert.davidow@phelanhallinan.com

THOMAS SONG
  on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Devan M Pierce

    Debtor(s)

Case No: 19−11654−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/14/24